```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | | |
|---|---|---|
| LINDA G. ROBERTS, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 12-0247-M |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commission of Social Security, | : | |
| | : | |
|     Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Linda G. Roberts.

DONE this 28th day of November, 2012.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE
