```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

```
LINDA G. ROBERTS,                    :
                                     :
      Plaintiff,                     :
                                     :
vs.                                  :      CIVIL ACTION 12-0247-M
                                     :
MICHAEL J. ASTRUE,                   :
Commission of Social Security,       :
                                     :
      Defendant.                     :
```

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Linda G. Roberts.

DONE this 28th day of November, 2012.

                                   s/BERT W. MILLING, JR.
                                   UNITED STATES MAGISTRATE JUDGE